Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Angel Villa Gutierrez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL VILLA GUTIERREZ, | Case No.: 2:20-cv-06065-JC |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal, IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   September 1, 2021

                                                /s/
                            Honorable Jacqueline Chooljian
                            UNITED STATES MAGISTRATE JUDGE